AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**WESTERN** District of **ARKANSAS**

| UNITED STATES OF AMERICA<br>V.<br>JAMIE LEE MARTIN | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 00 CR 50012-1 | 2:07M2004-001 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint ☑ Other (specify) Motion - Supervised Release

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE**
Northern District of Illinois - Western Division

**DESCRIPTION OF CHARGES:**
Violation of conditions of supervised release

**FILED**
FEB 23 2007
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

**CURRENT BOND STATUS:**

☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☑ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☑ No ☐ Yes Language: _____

**NORTHERN DISTRICT OF ILLINOIS**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/16/2007 _____ /s/ Marschewski
Date                                                    United States Judge or Magistrate Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**RETURN**

FEB 16 2007
This commitment was received and executed as follows:
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
P. O. BOX 1547
FORT SMITH, ARKANSAS 72902
(479) 783-6833 FAX (479) 783-6308

**CHRISTOPHER R. JOHNSON**
CLERK

P. O. BOX 1566
EL DORADO, ARKANSAS 71730

P. O. BOX 2746
TEXARKANA, ARKANSAS 75504

P. O. BOX 6420
FAYETTEVILLE, ARKANSAS 72702

P. O. Box 6406
HOT SPRINGS, ARKANSAS 71902

February 16, 2007

Mr. Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois
Western Division
United States courthouse
211 South Court Street
Rockford, IL 61101

RECEIVED
FEB 2 3 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Re:    USA v Jamie Lee Martin
       Western District of Arkansas Case No. 2:07M2004-001
       Northern District of Illinois Case No. 00 CR 50012-1

Dear Mr. Dobbins:

Enclosed please find the following documents regarding the above-named defendant:

1. Motion (Northern District of Illinois)
2. Warrant for Arrest (Northern District of Illinois)
3. Clerk's Minutes
4. Financial Affidavit (filed under seal)
5. Order Appointing Counsel
6. Commitment to Another District

Also enclosed is a certified copy of the docket sheet from the Western District of Arkansas. Please mark the enclosed copy of this letter as received and return in the envelope provided.

Sincerely,

Deborah J. Maddox
Deputy Clerk

/djm
Enclosures

CLOSED

# U. S. District Court
## Western District of Arkansas (Fort Smith)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-02004-JRM-ALL
## Internal Use Only

Case title: USA v. Martin                                   Date Filed: 02/16/2007

Assigned to: James R. Marschewski

**Defendant**

**Jamie Lee Martin** (1)               represented by   **John B. Schisler**
                                                        Office of the Federal Public Defender
                                                        320 N. Rollston, Suite 102
                                                        Fayetteville, AR 72701
                                                        (479) 442-2306
                                                        Email: jack_schisler@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

**Pending Counts**                                      **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

Motion for a Rule to Show Cause

**Plaintiff**

**USA**                                represented by   **William Martin Cromwell**
                                                        U.S. Attorney's Office

414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
Fax: (479) 441-0578
Email: Bill.Cromwell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2007 |  | Arrest (Rule 5) of Jamie Lee Martin (djm) (Entered: 02/20/2007) |
| 02/16/2007 | 1 | UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AND FOR ISSUANCE OF AN ARREST WARRANT as to Jamie Lee Martin (filed in Northern District of Illinois, Western Division, case no. 00 CR 50012-1) (djm) (Entered: 02/20/2007) |
| 02/16/2007 | 2 | Arrest Warrant as to Jamie Lee Martin (filed in Northern District of Illinois, Western Division, case no. 00 CR 50012-1) (djm) (Entered: 02/20/2007) |
| 02/16/2007 | 3 | Minute Entry for proceedings held before Judge James R. Marschewski :Initial Appearance in Rule 5 Proceedings as to Jamie Lee Martin held on 2/16/2007; appearance entered by John B. Schisler for Jamie Lee Martin; defendant waived detention in this district; defendant remanded to custody of USMS. (Court Reporter - Maddox) (djm) (Entered: 02/20/2007) |
| 02/16/2007 |  | CJA 23 Financial Affidavit by Jamie Lee Martin<br><br>**This is a text only entry - no document is attached. THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.**<br><br>(djm) (Entered: 02/20/2007) |
| 02/16/2007 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jamie Lee Martin . Signed by Judge James R. Marschewski on February 16, 2007. (djm) (Entered: 02/20/2007) |
| 02/16/2007 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Jamie Lee Martin. Defendant committed to Northern District of Illinois, Western Division. Signed by Judge James R. Marschewski on February 16, 2007. (djm) (Entered: 02/20/2007) |
| 02/16/2007 |  | Transmittal of Documents to USDC, Northern District of Illinois - Western Division: copy of motion and warrant from Northern District of Illinois - Western Division; electronically filed order appointing counsel; original minute sheet, original financial affidavit (filed under seal), original commitment to another district; certified copy of docket sheet (djm) (Entered: 02/20/2007) |

| 02/16/2007 | | CASE TERMINATED as to Jamie Lee Martin (djm) (Entered: 02/20/2007) |

A TRUE COPY I CERTIFY
CHRISTOPHER R. JOHNSON, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
By: Deborah J. Maddox, D.C.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**FEB 1 6 2007**

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

2:07M2004-001

WD/AR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 00 CR 50012-1 |
| v. ) | |
| ) | Judge Philip G. Reinhard |
| JAMIE LEE MARTIN ) | |

### UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AND FOR ISSUANCE OF AN ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a rule to show cause why the supervised release of the above-named defendant should not be revoked and for the issuance of an arrest warrant. The defendant, JAMIE LEE MARTIN, violated the conditions of his supervised release in the following manner:

1. Defendant violated the condition, "defendant shall be placed in an inpatient residential program under direction of Probation Officer for his drug abuse to begin within one week of starting Supervised Release," and "defendant shall ... follow the instructions of the probation officer," in that defendant left the residential treatment program at the Salvation Army on November 9, 2006, prior to an approved discharge date by his probation officer and the Salvation Army staff, and against the instruction of his probation officer.

2. Defendant violated the condition, "defendant shall notify the probation officer at least ten days prior to any change in residence or employment," in that defendant has failed to report to the probation office since exiting the Salvation Army residential program on November 9, 2006, prior to an approved discharge date by his probation officer and the Salvation Army staff, and against the instruction of his probation officer.

Wherefore, as defendant has violated conditions of supervised release, the government moves this Court for a rule to show cause why supervised release of the above-named defendant should not be revoked and to issue a warrant for the defendant's arrest. A draft warrant is attached for the Court.

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

BY:    s/ Mark T. Karner
        MARK T. KARNER
        Assistant United States Attorney
        308 West State Street - Suite 300
        Rockford, Illinois 61101
        (815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on December 18, 2006, the following document:

UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AND FOR ISSUANCE OF AN ARREST WARRANT

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following non-ECF filer:

Jamie Lee Martin

and was hand-delivered to the following non-ECF filers:

Joseph B. Idstein
United States Probation Officer
211 South Court Street – Room 114
Rockford, IL 61101

Paul Flynn
Federal Public Defender
202 West State Street, Suite 600
Rockford, IL 61101

                                                 s/ Mark T. Karner
                                          MARK T. KARNER
                                          Assistant United States Attorney
                                          308 West State Street - Suite 300
                                          Rockford, Illinois 61101
                                          (815) 987-4444

AO 442 (Rev.5/93 WP) Warrant for Arrest

AUSA MARK R. KARNER, (815)987-4444

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 1 6 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

JAMIE LEE MARTIN

## WARRANT FOR ARREST

CASE NUMBER: 00 CR 50012-1

2:07m2004-001
WD/AR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Violation Petition

charging him or her with (brief description of offense):

Violating the conditions of his supervised release

in violation of Title __18__, United States Code, Section(s) __3583__

PHILIP G. REINHARD
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ __NO BAIL__

U.S. DISTRICT JUDGE
Title of Issuing Officer

December , 2006; Rockford, Illinois
Date and Location

by _[signature]_
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**FEB 1 6 2007**

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRIMINAL NO.  2:07M2004-001           USA vs. JAMIE LEE MARTIN

COURT PERSONNEL:                      DEFENDANT'S COUNSEL:

JUDGE: _____       Jack Schisler
                                      (Name)
   MAGISTRATE: James R. Marschewski   320 North Rollston - Suite 102
                                      (Street Address or P. O. Box)
   CLERK: Debbie Maddox               Fayetteville, AR 72701
                                      (City)                 (Zip Code)
   RECORDER: Debbie Maddox - ECRO     479-442-2306
                                      (Telephone Number)
   GOVERNMENT: Bill Cromwell          ☐ RET   ☑ FPD   ☐ WV   ☐ CJA

   INTERPRETER: _____

### INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

☑ Proceedings:        ☑ initial appearance    ☐ arraignment and plea
☐ Charges:  ☐ magistrate complaint  ☐ information  ☐ indictment  ☐ superseding
☑ Rule 40 - District and case number:  00 CR 50012-1 ND/IL
☑ Petition on probation/supervised release
☑ Level of offense:   ☐ petty        ☐ misdemeanor        ☑ felony
☑ Defendant appeared:      ☑ with counsel       ☐ without counsel
☐ Waiver of counsel executed and filed
☐ CJA23 financial affidavit executed
☑ Counsel appointed
☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised
         of right to separate representation
☑ Inquiry made that defendant does not suffer from mental disease or disorder and
         is able to comprehend proceedings
☑ Court finds that defendant is person named in Rule 40 charging document
☐ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed

1

USA vs. JAMIE LEE MARTIN

- ☑ Defendant informed of rights
- ☐ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
- ☐ Waiver of indictment executed and filed
- ☐ Information filed
- ☐ Indictment read ☐ substance of charge stated
- ☐ Information read ☐ substance of charge stated
- ☐ Complaint read ☐ substance of charge stated
- ☐ Defendant waived reading of: ☐ indictment ☐ information ☐ complaint
- ☐ Rule 11(e) plea agreement disclosed on record and filed
- ☑ United States' Motion for a Rule to Show Cause Why Supervised Release Should Not Be Revoked and for Issuance of an Arrest Warrant -- substance of charge stated

**DEFENDANT'S PLEA:**
- ☐ Not guilty to count(s) _____
- ☐ Guilty to count(s) _____
- ☐ Nolo contendere to count(s) _____
- ☐ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**
- ☐ Preliminary hearing: _____
- ☑ Detention hearing: waived in this district
- ☐ Revocation hearing: _____
- ☐ Trial Date: _____
- ☐ Sentencing Date: _____
- ☐ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**
- ☐ Defendant directed to file Rule 16 discovery motions with _____ days
- ☐ Government directed to file responses to motions and file its Rule 16 discovery motions within _____ days
- ☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of particulars within _____ days after government responses

BOND set at moot; defendant waived in this district
- ☐ Defendant released on present bond
- ☐ Defendant to make bond and be released
- ☑ Defendant remanded to custody of USMS

**SPECIAL CONDITIONS OF RELEASE:**
- ☐ Pretrial supervision as directed by the U.S. Probation Office
- ☐ _____

Proceedings began: 2:03 pm
ended: 2:09 pm

DATE: February 16, 2007

2

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | USA vs. Martin |
| FOR | Western District of Arkansas AT Fort Smith |

LOCATION NUMBER: ARW-FS

PERSON REPRESENTED (Show your full name): **Jamie Lee Martin**

DOCKET NUMBERS
Magistrate: 2:07m2004-001

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

**Violation of Conditions of Supervised Release**

U.S. DISTRICT COURT WESTERN DISTRICT ARKANSAS FILED FEB 1 6 2007

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: **Last worked in 2005**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SEPARATED OR DIVORCED
Total No. of Dependents: **0**

**DEBTS & MONTHLY BILLS**
APARTMENT OR HOME: **Lived w/ sister prior to arrest - paid no money**

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **February 16, 2007**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **X Defendant refused to sign**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.      No. 2:07M2004-001

JAMIE LEE MARTIN               DEFENDANT

### ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of defendant concerning his/her financial ability to employ counsel, the Court finds as follows:

- __x__ Defendant is entitled to counsel but cannot afford to hire an attorney; therefore, the Federal Public Defender is appointed to represent defendant in all further proceedings herein.

- _____ Defendant is eligible for appointment of counsel but has income or assets in excess of that needed for support; therefore, the Federal Public Defender is hereby appointed subject to defendant reimbursing plaintiff for the cost of providing representation commensurate with defendant's ability to pay, as directed by further order of the Court.

- _____ Defendant is not eligible for appointment of counsel under 18 U.S.C. § 3006A but he/she is entitled to an immediate hearing and it is in the best interests of justice that defendant be afforded the assistance of counsel; therefore, the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Assistant Federal Public Defender Jack Schisler to represent defendant as set forth above. IT IS SO ORDERED this 16th day of February 2007.

                                                **/s/ J. Marschewski**
                                                HONORABLE JAMES R. MARSCHEWSKI
                                                UNITED STATES MAGISTRATE JUDGE