UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | No. 00 CR 50012-1 |
| v. | ) | |
| JAMIE LEE MARTIN | ) | Judge Philip G. Reinhard |
| Defendant | ) | |

**RELEASE OF JUDGMENT LIEN**

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 00 CR 50012. The judgment in the amount of $994.00, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Winnebago County Recorder's Office as document number 0046515, on September 18, 2000 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 353-5331
  melissa.childs@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed out within five business days of this release being filed, to the following non-ECF filers:

Jamie Lee Martin
302 A Street
Barling, Arkansas 72923

        By: s/ Melissa A. Childs
        MELISSA A. CHILDS
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois  60604
        (312) 353-5331
        melissa.childs@usdoj.gov